VALKYRIE LAW GROUP, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
1 N. State Street, Suite 1500
Chicago, IL 60602
Telephone: 312-448-6602
Email: hblaise@valklaw.com

Attorneys for Plaintiffs,
JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS,
and WATCHDOG AI, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS, an individual, and WATCHDOG AI, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. DISCOVERY, INC., a Delaware corporation,<br><br>Defendant. | CASE NO: 2:25-cv-09214-SPG (PDx)<br><br>**STIPULATION TO ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[Proposed] Order submitted herewith<br><br>*Assigned to the Hon. Sherilyn Peace Garnett*<br><br>Action Filed: September 26, 2025 |

Plaintiffs Joseph Rayhbuck P/K/A Fat Coda Studios ("Rayhbuck") and Watchdog AI, Inc. ("Watchdog"), and Defendant Warner Bros. Discovery, Inc. ("WBD") (collectively, the "Parties"), by and through undersigned counsel of record, hereby enter the following stipulation:

WHEREAS, Plaintiffs filed their Complaint on September 26, 2025;

WHEREAS, the Parties entered into a settlement agreement to resolve this action; and

WHEREAS, the Parties have complied with the terms of the settlement agreement.

Based on the foregoing, the Parties hereby stipulate as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, through their respective attorneys of record, stipulate to the entry of the accompanying Order dismissing this action in its entirety with prejudice, and with Plaintiffs on the one hand, and Defendant on the other hand, to bear their respective attorneys' fees and costs.

Respectfully submitted,

DATED: November 2, 2026

**VALKYRIE LAW GROUP, P.C.**

*/s/ Heather L. Blaise*

HEATHER L. BLAISE, ESQ.

*Attorney for Plaintiffs Joseph Rayhbuck p/k/a Fat Coda Studios and Watchdog AI, Inc.*

DATED: November 2, 2026

**WILLKIE FARR & GALLAGHER LLP**

*/s/ Tamerlin J. Godley*

TAMERLIN J. GODLEY

*Attorney for Defendant Warner Bros. Discovery, Inc.*

I, Heather L. Blaise, hereby attest that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.